UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60199-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SANDRA TIRADO,

     Defendant.
_____/

## FINAL ORDER OF FORFEITURE

Upon motion of the United States for entry of a final order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(7), and Rule 32.2 of the Federal Rules of Criminal Procedure, upon a review of the record in this matter and for good cause shown thereby, the Court hereby finds that:

1. On February 18, 2008, this Court entered a Second Amended Preliminary Order of Forfeiture (DE No. 27), condemning and forfeiting the following property, to the United States of America:

> The entire vested balance of Sandra Tirado's, Aero Hardware and Supply, Inc., Profit Sharing 401(k) Plan and Trust for which Fidelity Management Trust Company acts as the directed trustee, Fidelity Plan 19439"

2. On December 4, 2007, a the Notice of Forfeiture of the forfeited account was published in the Broward Daily Business Review, a newspaper of general circulation.

3. The Proof of Publication of the Notice of Forfeiture was filed with the Clerk of this Court on December 6, 2007. (DE No.23) The published notice stated the intent of the United

1

States to forfeit all right title and interest in and to dispose of the property identified in said Second Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with Title 21, United States Code, Section 853(n)(3), within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice. The time for filing of petitions has expired.

4. On March 18, 2008, Aero Hardware & Supply, Inc., d/b/a Hydraulic Supply Company ("Aero") filed a petition in a timely manner for the funds in the Franklin Templeton Account.

5. On March 25, 2008, the Court issued an order (DE 36) granting the petition of Aero Hardware and Supply, Inc., and directing that 100% of the funds in defendant's Franklin Templeton account be paid to petitioner.

6. Other than Aero Hardware, no other party filed a petition for the forfeited account, and the deadline to do so expired.

Accordingly, pursuant to Title 21, United States Code, Section 853(n)(7) and for good cause shown it is hereby ORDERED, ADJUDGED and DECREED that the following property; the $75,709.75 check disbursed by Fidelity Investments from defendant's Aero Hardware & Supply, Inc., 401K account is hereby forfeited to the United States of America.

The United States Secret Service or any other duly authorized law enforcement agency, shall dispose of the forfeited property in accordance with law and consistent with the Court's order (DE

36) granting Aero Hardware & Supply, Inc., petition.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 11th day of April 2008.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE